```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
 5
 6
 7
 8           IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  CR. NO. S-04-221 MCE
                                 )
12              Plaintiff,       )
                                 )  STIPULATION; ORDER
13      v.                       )
                                 )
14  KEVIN LAMONT LOGAN,          )
                                 )
15              Defendants.      )
    _____)
16
```

17      Defendant Kevin Lamont Logan, through Caro Marks, Assistant
18 Federal Defender, and the United States of America, through
19 Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the
20 hearing on judgment and sentencing scheduled for September 20,
21 2005.  The parties further stipulate the hearing on judgment and
22 sentencing be placed on the court's October 25, 2005, calendar.
23      The parties have attempted to work out their disagreements
24 with the probation report through informal discussions with the
25 Probation Officer.  Those efforts have not been successful.
26 Accordingly, the defendant must now provide written informal
27 objections.  The parties have agreed that these written informal
28 objections will be provided to the Probation Officer no later

1 than September 29, 2005.  The Probation Officer would then
2 provide his response and file his report by October 11, 2005.
3 Any formal objections would then be filed by October 18, 2005.
4     As the defendant has already pled guilty, there are no
5 issues regarding the Speedy Trial Act.

6 DATED: September 19, 2005          Respectfully submitted,

7                                    McGREGOR W. SCOTT
                                     United States Attorney
8
                                     /s/ Kenneth J. Melikian
9
                                     By
10                                      KENNETH J. MELIKIAN
                                     Assistant U.S. Attorney
11

12

13 DATED: September 19, 2005          /s/ Kenneth J. Melikian_____
                                     CARO MARKS
14                                   Attorney for Defendant
                                      (Signed by Kenneth J. Melikian
15                                    per authorization by Caro Marks)

16

17

18     IT IS SO ORDERED.

19

20 DATED: September 20, 2005

21

22                                   _____
23                                   MORRISON C. ENGLAND, JR
24                                   UNITED STATES DISTRICT JUDGE